## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| J&J Sports Productions, Inc., | ) | |
| Plaintiff, | ) | Case No: 13 CV 50354 |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Juan Argueta et al, | ) | |
| Defendant. | ) | |

## ORDER

Status hearing held on 1/16/2014. No appearance on behalf of defendants. It is the Report and Recommendation of this court that the plaintiff's motion for default judgment [8] is granted in the full amount of $13,948.25 ($12,200 for violations with $1748.25 in fees and cost). Objections should be in writing filed in this case for Judge Kapala. Objections due 1/30/2014.

Date: 1/16/2014                                          /s/ Iain D. Johnston

[:05]