IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| J&J Sports Productions, Inc., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 13 C 50354 |
| | ) | |
| Juan Argueta, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

**ORDER**

This matter comes before the court based on a report and recommendation ("R&R") [10] from the magistrate judge that this court grant plaintiff's motion for entry of default and default judgment [8] against defendants Juan Argueta and Charlies' Restaurant and Bar for failure to answer. The record shows that defendants were served on November 26, 2013. In its motion, plaintiff sought $18,548.25 in damages, including $16,800 in statutory damages and $1,748.25 in attorney's fees. The magistrate recommends granting the default for $13,948.25, based on a different calculation of statutory damages. As of this date, defendants have not entered an appearance, filed an answer, otherwise pled, or objected to the magistrate judge's R&R. Additionally, plaintiff has not objected to the magistrate's reduction in its damage figure. Accordingly, there being no written objection to the magistrate judge's R&R entered on 1/16/2014, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R [10] and grants plaintiff's motion for entry of default and default judgment [8] as to defendants in the amount of $13,948.25. This case is closed.

Date: 2/25/2014

ENTER:

_____

FREDERICK J. KAPALA

District Judge